NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LONE STAR SILICON INNOVATIONS, LLC,**
*Appellant*

**v.**

**NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., NANYA TECHNOLOGY CORPORATION DELAWARE,**
*Appellees*

---

2019-2152

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00063.

---

Before CHEN, HUGHES, and STOLL, *Circuit Judges.*

CHEN, *Circuit Judge.*

## O R D E R

Nanya Technology Corporation, Nanya Technology Corporation Delaware, and Nanya Technology Corporation U.S.A. (collectively, Nanya) petitioned for *inter partes* review of claims 1, 3, 4, 11, 13, and 14 of U.S. Patent No. 6,097,061 (the '061 patent) owned by Lone Star Silicon Innovations, LLC (Lone Star).  In its Final Written Decision,

2      LONE STAR SILICON INNOVATIONS v. NANYA TECHNOLOGY
CORPORATION

the Patent Trial and Appeal Board (Board) held that all the challenged claims are unpatentable under both Nanya's and Lone Star's proposed claim constructions for the phrase "a channel region formed in the semiconductor substrate." *Nanya Tech. Corp. v. Lone Star Silicon Innovations LLC*, No. IPR2018-00063 (P.T.A.B. May 15, 2019). Lone Star appeals the Board's decision.

In a decision issued today in an appeal from a separate IPR on the same patent, we affirmed the Board's decision holding claims 1, 3–6, 11, and 13–16 of the '061 patent unpatentable. *Lone Star Silicon Innovations LLC v. Iancu*, No. 19-1556, — F. App'x — (Fed. Cir. May 14, 2020). Thus, this appeal is moot in light of that decision. *Cisco Sys., Inc. v. TQ Delta, LLC*, 928 F.3d 1359, 1361 (Fed. Cir. 2019).

IT IS ORDERED THAT:

Accordingly, this appeal is dismissed as moot in light of our affirmance in *Lone Star Silicon Innovations LLC v. Iancu*, No. 19-1556, — F. App'x — (Fed. Cir. May 14, 2020), which invalidated all of the claims at issue in this appeal.

Each party shall bear its own costs.

FOR THE COURT

May 14, 2020            /s/ Peter R. Marksteiner
Date                    Peter R. Marksteiner
                        Clerk of Court